Mauricio Lopez HOWELL,
Petitioner—Appellant,

v.

Patricia STANSBERRY, Warden, Low Security Correctional Institution, Butner, North Carolina, Respondent—Appellee.

No. 05–6967.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2005.

Decided: Oct. 28, 2005.

Mauricio Lopez Howell, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mauricio Lopez Howell, a federal prisoner, appeals the district court's orders dismissing his petition filed under 28 U.S.C. § 2241 (2000), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Howell v. Stansberry, No. CA–05–119–5–BO (E.D.N.C.

Apr. 21, 2005; filed June 9, 2005 & entered June 17, 2005); *see also In re Jones*, 226 F.3d 328, 333–34 (4th Cir.2000) (discussing circumstances under which § 2241 may be used to test legality of conviction). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*